UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SINGLETARY, et al.,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>THAI VILLA, INC., et al.,<br><br>　　　　　　Defendants. | Civil No. 06cv728-BEN(NLS)<br>Civil No. 06cv771-BEN(NLS)<br>Civil No. 06cv880-BEN(NLS)<br><br>**NOTICE AND ORDER SETTING**<br>*TELEPHONIC* **STATUS CONFERENCE**<br>**RE: GLOBAL SETTLEMENT** |

On December 8, 2006, a telephonic Settlement Disposition Conference was held in the three related cases referenced above. Counsel for Defendant Protea Flower Hill Mall, LLC, Paul S. Metsch, advised the Court that the parties continue to work productively towards a global settlement, which they hope to conclude within the next forty-five days. Accordingly, a **telephonic** Status Conference will be held on *January 26, 2007*, at *9:30 a.m.* before Magistrate Judge Stormes. Defense counsel shall initiate the conference call. The **telephonic** Status Conference will be taken off calendar if a signed stipulation for dismissal of all three cases is filed and **a copy of the signed stipulation is provided to the chambers of Magistrate Judge Stormes prior to that time**.

If these cases are not resolved in their entirety prior to the January 26, 2007 conference, the Court will set a timetable for all further proceedings.

**IT IS SO ORDERED**.

DATED: December 8, 2006

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge